# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
                    PLAINTIFF,

vs.
                                    CASE NO.  19-40107-HLT

MARIA MAGDALENA LEMUS-
GODOY,
                    DEFENDANT.

## SEALED INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1

21 U.S.C. § 841(a)(1)
(Possession with the Intent to Distribute a Controlled Substance)

On or about September 15, 2019, in the District of Kansas, the defendant,

**MARIA MAGDALENA LEMUS-GODOY,**

knowingly and intentionally possessed with the intent to distribute 1 kilogram or

more of a mixture and substance containing a detectable amount of heroin, a

Schedule I controlled substance in violation of Title 21, United States Code, Section

841(a)(1), with reference to Title 21, United States Code, Section 841(b)(1)(A), and

Title 18, United States Code, Section 2.

                                     **A TRUE BILL.**

December 11, 2019                    *s/Foreperson*
DATE                                   FOREPERSON OF THE GRAND JURY

  Lindsey Debenham  #27574
for Stephen R. McAllister, #15845
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Stephen.mcallister@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]

## PENALTIES

### COUNT 1

Punishable by a term of imprisonment of not less than 10 years nor more than life, a fine of not more than $10,000,000, supervised release of not less than 5 years, and a $100 special assessment per count of conviction. 21 U.S.C. § 841(b)(1)(A), 18 U.S.C. § 3013(a)(2)(A).