IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-40107-HLT |
| ) | |
| MARIA MAGDALENA LEMUS-GODOY ) | |
| Defendant, ) | |

## **O R D E R**

Now on this 18th day of August, 2020, comes the above-referenced matter upon the motion of the United States to unseal the indictment herein. The court, being duly advised in the matter, finds that said motion should be granted.

It is hereby ordered that the indictment in the above-captioned matter be unsealed.

IT IS SO ORDERED.

s/Angel D. Mitchell
ANGEL D. MITCHELL
UNITED STATES MAGISTRATE JUDGE